# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1471
_____

Gerenda Robinson,

     Appellant,

v.

Florida Agency for Health
Care Administration,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

August 23, 2024

Per Curiam.

     Affirmed.

Roberts, Winokur, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Deborah S. Minnis of Ausley McMullen, Tallahassee, and Eleanor H. Sills, Senior Attorney, Agency for Health Care Administration, Tallahassee, for Appellee.